FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y:
★ OCT 1 7 2007 ★
P.M. _____
TIME A.M. _____

DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Carl W. Dawkins, et al.,

        Plaintiffs,

        -V-

Old Dominion Freight Line, Inc., et al.,

        Defendants.
--------------------------------------------------------X

ORDER OF DISCONTINUANCE

06CV816(SLT)(VVP)

Townes, United States District Judge

    IT APPEARING that it has been reported to the Court that the above captioned action has been settled,

    IT IS HEREBY ORDERED, that this action is discontinued, without cost, and without prejudice to reopening if the settlement is not consummated.

    SO ORDERED.

                              s/ SLT
                              SANDRA L. TOWNES
                              UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
       October 12, 2007